# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>CARLOS L. ARREDONDO,<br>[DOB: 08/18/2000]<br><br>                 Defendant. | Case No. _____<br>**COUNTS ONE & FIVE:**<br>*Possession With Intent to Distribute Marijuana*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(D)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 2 Years Supervised Release<br>Class D Felony<br><br>**COUNTS TWO & SIX**:<br>*Possession of Firearms in Furtherance of a Drug Trafficking Crime*<br>18 U.S.C. § 924(c)(1)(A)(i)<br>NLT 5 Years Imprisonment (Consecutive)<br>NMT Life Imprisonment (Consecutive)<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class A Felony<br><br>**COUNTS THREE & SEVEN:**<br>*Drug User in Possession of Firearms*<br>18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT FOUR:**<br>*Possession With Intent to Distribute Fentanyl (Analogue)*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>NMT 20 Years Imprisonment<br>NMT $1,000,000 Fine<br>NLT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT EIGHT**:<br>*Possession of Machineguns*<br>18 U.S.C. §§ 922(*o*) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |

**COUNT NINE**:
*Possession of Unregistered Firearms*
26 U.S.C. §§ 5841, 5861(d), and 5871
NMT 10 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

$100 Mandatory Assessment Each Count

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about June 17, 2021, in the Western District of Missouri, the defendant, CARLOS L. ARREDONDO, did knowingly and intentionally possess with intent to distribute some quantity of a mixture or substance containing marijuana, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT TWO

On or about June 17, 2021, in the Western District of Missouri, the defendant, CARLOS L. ARREDONDO, in furtherance of the drug-trafficking crime alleged in Count One, did knowingly possess a firearm, to wit: a Glock, Model 23C, .40 caliber handgun, bearing Serial Number DEX865, contrary to the provisions of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about June 17, 2021, in the Western District of Missouri, the defendant, CARLOS L. ARREDONDO, then knowingly an unlawful user of a controlled substance, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Glock, Model 23C, .40 caliber handgun, bearing Serial Number DEX865, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT FOUR

On or about June 17, 2021, in the Western District of Missouri, the defendant, CARLOS L. ARREDONDO, did knowingly and intentionally possess with intent to distribute some quantity of a mixture and substance containing an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about June 17, 2021, in the Western District of Missouri, the defendant, CARLOS L. ARREDONDO, did knowingly and intentionally possess with intent to distribute some quantity of a mixture or substance containing marijuana, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT SIX

On or about June 17, 2021, in the Western District of Missouri, the defendant, CARLOS L. ARREDONDO, in furtherance of the drug-trafficking crimes alleged in Count Four and Count Five, did knowingly possess firearms, to wit: an unmarked AR-15 style, 5.56 caliber, rifle, and an unmarked AR-15 style, .223 caliber, pistol, contrary to the provisions of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVEN

On or about June 17, 2021, in the Western District of Missouri, the defendant, CARLOS L. ARREDONDO, then knowingly an unlawful user of a controlled substance, did knowingly possess, in and affecting interstate commerce, firearms, to wit: an unmarked AR-15 style, 5.56 caliber, rifle, and an unmarked AR-15 style, .223 caliber, pistol, both of which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT EIGHT

On or about June 17, 2021, in the Western District of Missouri, the defendant, CARLOS L. ARREDONDO, did knowingly possess machineguns, to wit: an unmarked AR-15 style, 5.56 caliber, rifle, and an unmarked AR-15 style, .223 caliber, pistol, contrary to the provisions of Title 18, United States Code, Sections 922(*o*) and 924(a)(2).

## COUNT NINE

On or about June 17, 2021, in the Western District of Missouri, the defendant, CARLOS L. ARREDONDO, knowingly possessed machineguns, to wit: an unmarked AR-15 style, 5.56 caliber, rifle, and an unmarked AR-15 style, .223 caliber, pistol, both not registered to him in the National Firearms Registration and Transfer Record, contrary to the provisions of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL.

8/10/2021　　　　　　　　　　　　　　　　　/s/ Cynthia Kivett
DATE　　　　　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY

/s/ Jeffrey Q. McCarther
Jeffrey Q. McCarther
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri